No. 89–6009.  RUBIN v. THRESHOLDS, INC.  C. A. 7th Cir. Certiorari denied.

No. 89–6010.  NEWMAN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–6012.  D'SOUZA v. MALONEY ET AL.  C. A. 2d Cir. Certiorari denied.

No. 89–6014.  MAZO-SUAREZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6016.  RAMIREZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–6018.  REUTER v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 89–6020.  LAWRENCE v. TEXAS EMPLOYMENT COMMIS-SION.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 89–6021.  POLLARD v. SMITH, SHERIFF, BELL COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–6022.  LEE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–6023.  MARTIN v. TATE.  C. A. 6th Cir.  Certiorari denied.

No. 89–6025.  WILLIAMS v. LECUREUX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–6029.  LONG v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–6031.  DEMOS v. RIVELAND, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS.  Sup. Ct. Wash.  Certiorari denied.

No. 89–6032.  DARUD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 89–6033.  LABAYRE v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.